# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ARCHER, et al.

**PLAINTIFF(S)**

v.

SHOUT FACTORY LLC

**DEFENDANT(S).**

CASE NUMBER:

2:24−cv−07056−HDV−SK

**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 08/20/2024 | 3 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The name and address of the attorney for plaintiff(s) must be entered in the appropriate field.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: August 22, 2024

By: /s/ *Shaunte M Hunter*
 *shaunte_hunter@cacd.uscourts.gov*
Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −