Frank S. Hedin (SBN 291289)
HEDIN LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  + 1 (305) 357-2107
Email: fhedin@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARCHER AND DYLAN MACALUSO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SHOUT! FACTORY, LLC<br><br>Defendant. | Case No. 2:24-cv-07056<br><br>Notice of Voluntarily Dismissal Without Prejudice |

Plaintiffs Michael Archer and Dylan Macaluso, hereby give notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of the above-captioned action.

Dated:  October 30, 2024         **HEDIN LLP**

By:    /s/ Frank S. Hedin
          Frank S. Hedin

Frank S. Hedin (SBN 291289)
fhedin@hedinllp.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

HEDIN LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  + 1 (305) 357-2107
Facsimile:    + 1 (305) 200-8801

*Counsel for Plaintiffs and the Putative Class*